JOSHUA S. GOODMAN, ESQ. (SBN 116576)
TOM PROUNTZOS, ESQ. (SBN 209409)
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone:  (415) 705-0400
Facsimile:   (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.
*(erroneously sued herein as*
*THE HOME DEPOT, INC.)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (Sacramento Division)

| | |
|---|---|
| RICK LEE HAZEN,<br><br>                    Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, INC. and DOES 1 to 10,<br><br>                    Defendants. | Case No. 2:10-CV-00266-WBS-GGH<br><br>***REVISED*** **STIPULATION AND** ~~**PROPOSED**~~ **ORDER MODIFYING SCHEDULING ORDER**<br><br>**Courtroom 5**<br>**Hon. William B. Shubb**<br><br>**Trial Date: October 12, 2011** |

Plaintiff RICK LEE HAZEN and Defendant HOME DEPOT U.S.A., INC. (hereinafter "Home Depot"), by and through their counsel of record, hereby stipulate and agree that the following Order should be entered in this case.

## **RECITALS**

1.1  By way of the Scheduling Order dated August 20, 2010, this Court set trial of this matter for October 12, 2011.  The Court also ordered that expert witness disclosures be made by January 24, 2011, that all discovery be completed by April 4, 2011, and that all motions (except for continuances, temporary restraining orders, and other emergency applications) be filed on or before May 31, 2011.

1.2  Counsel for Defendant Home Depot, Tom Prountzos, Esq. and counsel for

Plaintiff Hazen, Stewart Altemus, Esq. hereby request that the deadline for expert witness disclosures, the discovery cut-off, and the motion filing deadline be extended by seventy-five (75) days to April 11, 2011, June 19, 2011, and August 15, 2011 respectively. The parties agree that the requested extension of these deadlines will allow them the opportunity to meaningfully evaluate this case for possible settlement before having to incur perhaps unnecessary and certainly very high expert witness costs. The parties both also agree to a commensurate continuance of the Final Pretrial Conference (currently on August 8, 2011) and trial date (currently on October 12, 2011) to account for the new expert witness disclosure and motion filing deadlines and the new discovery cut-off.

1.3   There have been no previous modifications of the Scheduling Order.

1.4   Plaintiff is claiming an ongoing back injury that precludes him from being able to return to his profession as a window glazer and has made a settlement demand of $350,000. Under the current expert disclosure deadline, Home Depot would have no choice but to hurry to retain (1) a doctor to perform an independent medical examination ("IME") and medical record review, (2) a vocational rehabilitation expert, and (3) an economist. Home Depot would also have to notice an IME to take place sufficiently in advance of the expert witness disclosure deadline of January 24, 2011 so that the examiner can incorporate the IME findings into his or her report. Plaintiff would have to rush to retain (1) a vocational rehabilitation expert, and (2) an economist. All of this would be greatly complicated by the fact that this is the holiday season.

1.5   The parties have conducted discovery in a diligent manner. The parties have each served their Rule 26 Initial Disclosures and have also each served and received responses to requests for production of documents and interrogatories. There is no pending written discovery between the parties. Plaintiff's deposition has been noticed for January 6, 2011. Home Depot received Plaintiff's Initial Disclosures identifying his medical providers on October 12, 2010, and it served subpoenas on these providers on

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

October 18, 2010 requesting the relevant medical and billing records.  It received records from each of these providers on November 19, 2010 and November 23, 2010, which it is currently reviewing.  However, it is still awaiting production of these providers' films of Plaintiff's spine.  On November 4, 2010, Home Depot received Plaintiff's responses to its interrogatories, which identify one additional medical provider, to which Home Depot has since served a subpoena for medical and billing records.  It is still awaiting production of these records.

1.6     Home Depot hopes to be able to take the depositions of the key medical providers in January and February 2011.  Depending on the contents of their records and the substance of their deposition testimony, an IME could be unnecessary.  However, under the current January 24, 2011 expert disclosure deadline, Home Depot has no choice but to retain a doctor to review the medical records and to conduct an IME.  As it stands, Home Depot does not even have all of the pertinent medical records.  Furthermore, finding an IME doctor could prove tremendously difficult in the midst of this holiday season.

1.7     Given that the parties are at a relatively early stage of discovery, they might identify additional issues for which expert testimony is necessary.  However, under the current expert disclosure deadline, neither party would be able to disclose and utilize any such experts without a court order.  The sought extension would provide time to identify any such issues and to retain the appropriate experts.

1.8     In an effort to address the above-described issues, the parties hereby agree to the following stipulation:

//

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

3
*REVISED* **STIPULATION AND PROPOSED ORDER MODIFYING SCHEDULING ORDER**

**STIPULATION**

1.9 The parties stipulate that the deadline for expert witness disclosures should be continued to April 11, 2011.

1.10 The parties stipulate that the discovery cut-off should be continued to June 19, 2011.

1.11 The parties stipulate that the motion filing deadline should be continued to August 15, 2011.

1.12 The parties stipulate to a commensurate continuance of the Final Pretrial Conference and the trial date to account for the new expert witness disclosure and motion filing deadlines and the new discovery cut-off.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED:  December 3, 2010          JENKINS GOODMAN NEUMAN & HAMILTON LLP

By:      /S/
TOM PROUNTZOS
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

DATED:  December 3, 2010          ALTEMUS & WAGNER

By:      /S/ (as authorized on 12/3/10)
STEWART C. ALTEMUS
Attorneys for Plaintiff
RICK LEE HAZEN

//

Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
(415) 705-0400

# ORDER

Good cause appearing therefore, the following stipulation is hereby entered by this Court:

(1) The deadline for expert witness disclosures is extended to April 11, 2011.

(2) The discovery cut-off is extended to June 19, 2011.

(3) The motion filing deadline is extended to August 15, 2011.

(4) The Final Pretrial Conference is continued to **October 17, 2011 at 2:00 p.m.**

(5) The trial date is continued to **December 13, 2011 at 9:00 a.m.**

DATED: December 6, 2010

*/s/ William B. Shubb*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

5
*REVISED* **STIPULATION AND PROPOSED ORDER MODIFYING SCHEDULING ORDER**