**ALTEMUS & WAGNER**
ATTORNEYS AT LAW
1255 SACRAMENTO STREET, REDDING, CALIFORNIA 96001
TELEPHONE: (530) 242-8800   FAX: (530) 242-8900

STEWART C. ALTEMUS (State Bar No. 98746)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK LEE HAZEN | Case No. 2:10-CV-00266-WBS-GGH |
| Plaintiff, | ORDER EXTENDING DISCOVERY DEADLINES IN PRETRIAL STATUS SCHEDULING |
| vs. | |
| THE HOME DEPOT, INC. and DOES 1 through 10, inclusive, | Courtroom 5<br>Honorable William B. Shubb<br>Trial Date: December 13, 2011 |
| Defendants. | |

For good cause and pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED as follows:

1. All non-expert discovery to be completed by August 23, 2011.

2. Expert witness disclosures to be completed by June 24, 2011.

3. Dispositive motions to be filed no later than October 28, 2011.

4. The Final Pretrial Conference is continued to **December 12, 2011 at 2:00 p.m.**

5. The trial date is continued to **February 14, 2012 at 9:00 a.m.**

4. All other dates set forth in the Court's Amended Scheduling Order shall remain the same.

Dated: April 12, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE