**ALTEMUS & WAGNER**
ATTORNEYS AT LAW
1255 SACRAMENTO STREET, REDDING, CALIFORNIA 96001
TELEPHONE: (530) 242-8800   FAX: (530) 242-8900

STEWART C. ALTEMUS (State Bar No. 98746)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK LEE HAZEN | Case No. 2:10-CV-00266-WBS-GGH |
| Plaintiff, | PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON THE MOTION FOR RELIEF FROM SCHEDULING ORDER |
| vs. | |
| THE HOME DEPOT, INC. and DOES 1 through 10, inclusive, | Date:        September 26, 2011<br>Time:        2:00 p.m.<br>Courtroom:   5<br>Judge:       William B. Shubb |
| Defendants. | |

Plaintiff, RICK LEE HAZEN, by and through his attorney, Stewart C. Altemus, requests permission to appear telephonically at the Motion for Relief From Scheduling Order on September 26, 2011, at 2:00 p.m. in Courtroom 5 before the Honorable William B. Shubb, Judge Presiding.

This request is made on the following grounds:   Monday, September 26, 2011, is a regular law and motion day in Shasta County Superior Court.  Mr. Altemus presently has two matters on law and motion at the Shasta County Superior Court at 8:30 a.m., three matters at 9:00 a.m. and a court call with the Plumas County Superior Court at 2:30 p.m. in the matter of *Bauer v Almanor Manufacturing*.

1
2     Additionally, Mr. Altemus's partner, Darryl Wagner, passed away in May of last year. Mr.
3 Altemus is now a sole practitioner and does not have anyone else that can personally appear for him
4 at the scheduled law and motion hearings on September 26, 2011 which are in conflict with this
5 hearing. He, therefore, respectfully requests that he be allowed to appear telephonically.
6     The direct telephone number for Stewart C. Altemus is (530) 242-8800.
7 Dated: September , 2011.                ALTEMUS & WAGNER
8
                                        /s/ Stewart C. Altemus
9                                         Attorney for Defendants
10
11                                  **ORDER**
12
13     IT IS HEREBY ORDERED that Stewart C. Altemus be and is hereby allowed to appear
14 telephonically at the hearing on the Motion to Extend Discovery Deadlines scheduled for September
15 26, 2011 at 2:00 p.m.  The courtroom deputy shall issue an email to counsel with instructions on
16 how to participate in the telephone conference call
17     Dated: September 14, 2011
18
19                         WILLIAM B. SHUBB
20                         UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 1255 Sacramento Street, Redding, California 96001. On the date indicated below, I served true copies of the following document(s):

**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION FOR RELIEF FROM THE SCHEDULING ORDER**

__X__  **by mail** on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. In the ordinary course of business at Altemus & Wagner, mail placed in that designated area is given the correct amount of postage and is deposited that same day in a United States mailbox in the City of Redding, California.

_____  **by overnight delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below. In the ordinary course of business at Altemus & Wagner, mail placed in that designated area is picked up that same day for delivery the following business day.

_____  **by facsimile transmission**, in accordance with Code of Civil Procedure §1013(e), to the following party(ies) at the facsimile number(s) indicated, I caused such documents to be telefaxed to the designated fax numbers.

_____  **by personally delivering** a true copy thereof to the person and at the address set forth below.

Caitlin E. Carey
Burnham Brown
1901 Harrison Street, 11th Floor
Oakland CA 94612


Joshua S. Goodman
Jenkins Goodman Newman & Hamilton
417 Montgomery Street 10th Floor
San Francisco, CA 94104

Plaintiff's Request to Appear Telephonically at Motion for Relief from Scheduling Order

1
2
3
4    Executed on September 14, 2011, at Redding, California. I declare under penalty of
5 perjury under the laws of the State of California that the foregoing is true and correct.
6                                                          <u>/s/Bonnie Prather</u>
7                                                          Bonnie Prather
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28