Paul Caleo, SBN 153925
Caitlin E. Carey, State Bar No. 252574
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:      (510) 835-6666
Email:           pcaleo@burnhambrown.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RICK LEE HAZEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, and DOES 1 to 10,<br><br>　　　　Defendants. | No. 2:10-CV-00266-WBS-GGH<br><br>**DEFENDANT HOME DEPOT U.S.A., INC.'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON THE MOTION FOR RELIEF FROM SCHEDULING ORDER**<br><br>[Fed. Rule. Civ. Proc. 35]<br>Honorable William B. Shubb<br><br>Date: September 26, 2011<br>Time 2:00 p.m.<br>Courtroom: 5<br>Judge: William B. Schubb |

　　　Defendant HOME DEPOT U.S.A., INC., by and through its attorney, Caitlin E. Carey, requests permission to appear telephonically at the Motion for Relief from Scheduling Order on September 26, 2011, at 2:00 p.m. in Courtroom 5 before the Honorable William B. Shubb, Judge Presiding. This request is made on the following grounds:

//

//

//

//

//

- Defense counsel is located in Oakland, California.
- The Court has approved Plaintiff's counsel's request to appear telephonically at this hearing.

The direct telephone number for Caitlin E. Carey, is (510) 835-6830.

DATED:  September 19, 2011          BURNHAM BROWN


By ___/s/ CAITLIN E. CAREY_____
CAITLIN E. CAREY
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

**ORDER**

IT IS HEREBY ORDERED that Caitlin E. Carey is allowed to appear telephonically at the hearing on Plaintiff's Motion to Extend Discovery Deadlines scheduled for September 26, 2011 at 2:00 p.m.  **The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.**

DATED: September 21, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1102172