**ALTEMUS & WAGNER**
ATTORNEYS AT LAW
1255 SACRAMENTO STREET, REDDING, CALIFORNIA 96001
TELEPHONE: (530) 242-8800   FAX: (530) 242-8900

STEWART C. ALTEMUS (State Bar No. 98746)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK LEE HAZEN | Case No. 2:10-CV-00266-WBS-GGH |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES IN PRETRIAL STATUS SCHEDULING ORDER |
| vs. | [**Fed. Rule. Civ.Proc. 16(b)** |
| | Honorable William B. Shubb |
| THE HOME DEPOT, INC. and DOES 1 through 10, inclusive, | Date:  December 15, 2011 |
| | Time:  10:00 a.m. |
| Defendants. | Courtroom: 5 |
| | Judge:  William B. Shubb |

Defendant HOME DEPOT U.S.A., INC. by and through its attorney, Caitlin E. Carey, and plaintiff, RICK LEE HAZEN, by and through his attorney, Stewart C. Altemus, hereby stipulate and seek Court approval for the following:

The parties agree that because Plaintiff's motion for relief from the scheduling order which was heard on December 15, 2011 and granted, but which did not result in enough of an extension of the discovery cut-off to enable the parties to complete discovery before the presently scheduled final pre-trial conference, that the scheduling order be further modified

STIPULATION AND ORDER

to allow the parties to complete discovery as follows:

    All non-expert discovery to be completed by April 30, 2012.

    Rebuttal expert disclosures to be completed by April 30, 2012.

    Dispositive motions to be filed by May 31, 2012.

    Expert discovery be completed by May 31, 2012.

    That the Final Pretrial Conference be continued from January 9, 2012 to June 15, 2012.

    That the trial date presently scheduled for February 14, 2012 be continued to August 13, 2012.

Dated:    December 15, 2011    BURNHAM BROWN

    By   /s/ Caitlin E. Carey
    Caitlin E. Carey
    Attorneys for Defendant
    HOME DEPOT U.S.A., INC.

Dated:    December 15, 2011    ALTEMUS & WAGNER

    By   /s/ Stewart C. Altemus
    Stewart C. Altemus
    Attorneys for Plaintiff
    RICK LEE HAZEN

**ORDER**

For good cause and pursuant to the above Stipulation of the parties, IT IS HEREBY ORDERED as follows:

All non-expert discovery be completed by April 30, 2012.

Rebuttal expert disclosures be completed by April 30, 2012.

Dispositive motions be filed by May 31, 2012.

Expert discovery be completed by May 31, 2012.

The Final Pretrial Conference be continued to **June 11, 2012 at 2:00 p.m.**

The trial date be continued to **August 14, 2012 at 9:00 a.m.**

Dated: December 15, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER