IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICK LEE HAZEN,

     Plaintiff,                    CIV. NO. S-10-0266 WBS GGH

  vs.

THE HOME DEPOT, INC.,

     Defendant.                 ORDER

_____/

        Previously pending on this court's law and motion calendar for December 15, 2011, was plaintiff's motion for relief from the scheduling order, filed November 10, 2011. Defendant did not file an opposition. Stewart Altemus appeared telephonically for plaintiff. Caitlin Carey appeared telephonically for defendant. Defendant having no opposition to plaintiff's motion, and there being no dispositive motions planned in this case, plaintiff's motion will be granted.

        Accordingly, IT IS ORDERED that: plaintiff's motion for relief from scheduling order, filed November 10, 2011,(dkt. no. 35), is granted in part. The discovery cutoff is extended

\\\\

\\\\

from October 20, 2011 to January 8, 2012, subject to modification only by stipulation and order approved by Judge Shubb.[1]

DATED: December 15, 2011

      /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Hazen0266.sch2.wpd

---

[1] The undersigned has permitted discovery to proceed to the day before the pretrial conference only because there will be no intervening law and motion. As indicated, the parties will attempt to obtain from Judge Shubb an omnibus modification of dates.

2