**ALTEMUS & WAGNER**
**ATTORNEYS AT LAW**
1255 SACRAMENTO STREET, REDDING, CALIFORNIA 96001
TELEPHONE: (530) 242-8800   FAX: (530) 242-8900

STEWART C. ALTEMUS (State Bar No. 98746)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK LEE HAZEN | Case No. 2:10-CV-00266-WBS-GGH |
| Plaintiff, | PARTIES JOINT NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO STAY PROCEEDINGS PENDING REVIEW OF SETTLEMENT DOCUMENTS; [PROPOSED] ORDER |
| vs. | |
| THE HOME DEPOT, INC. and DOES 1 through 10, inclusive, | |
| Defendants. | |

  Pursuant to Local Rules 16-160 and 16-272, Plaintiff RICK LEE HAZEN by and through his attorney, and Defendant THE HOME DEPOT, INC. by and through its attorneys, hereby notify the Court that the parties have reached a settlement agreement that will fully resolve this litigation. The settlement documents are being finalized by the parties and it is anticipated that the final dispositional documents will be filed with the Court by May 9, 2012.

  The parties further request that the Court stay all proceedings in this action and that all deadlines and dates currently scheduled by the Court be vacated.

Dated: April 18, 2012.          ALTEMUS & WAGNER

/s/ Stewart C. Altemus
Stewart C. Altemus
Attorney for Plaintiff

Dated: April 18, 2012.          BURNHAM BROWN

/s/ Jay Brown
Jay Brown
Attorney for Defendant

### ORDER

For good cause and pursuant to the above request of the parties,

1. The final settlement documents shall be filed by May 9 2012.

2. All proceedings in this action are hereby stayed and that all deadlines and dates currently scheduled by the Court are hereby vacated.

3. A **Status Conference is set for May 29, 2012 at 02:00 P.M.** in Courtroom 5 (WBS) before Judge William B. Shubb, to be automatically vacated upon the court's receipt of the stipulated dismissal.

Dated: April 19, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE