ALTEMUS & WAGNER
ATTORNEYS AT LAW
1255 SACRAMENTO STREET, REDDING, CALIFORNIA 96001
TELEPHONE: (530) 242-8800   FAX: (530) 242-8900

STEWART C. ALTEMUS (State Bar No. 98746)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK LEE HAZEN | Case No. 2:10-CV-00266-WBS-GGH |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) |
| vs. | |
| THE HOME DEPOT, INC. and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff, RICK LEE HAZEN (Plaintiff) and Defendant HOME DEPOT U.S.A., INC. (Defendant) by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, a resolution of confidential settlement agreement has been reached by and between Plaintiff and Defendant regarding Plaintiff's claims against Defendant as alleged in this action;

WHEREAS, Plaintiff now wishes to voluntarily dismiss the entire action with prejudice as to Defendant HOME DEPOT U.S.A., INC. with this dismissal subject to the provisions of the settlement agreement entered into by the parties and precipitating this dismissal;

WHEREAS, this dismissal is expressly conditioned on the terms of the settlement agreement reached between and among the parties and any breach thereof will be cause for re-instituting this action pursuant to the settlement agreement's terms.

IT IS HEREBY STIPULATED by the parties herein, through their counsel of record as follows:

1. This action is to be dismissed with prejudice as to Defendant HOME DEPOT U.S.A., INC.

2. The court will retain jurisdiction of this matter for the purposes of taking any action needed to enforce the terms of the confidential settlement agreement among the parties.

3. Each party is to bear its own costs and fees as incurred against one another.

In accordance with Rule 41(a)(1) and (2), Plaintiff and Defendant respectfully request that the court dismiss Plaintiff's complaint with prejudice pursuant to the terms of the agreement between them.

Dated: April 19, 2012.                          ALTEMUS & WAGNER

                                                /s/ Stewart C. Altemus
                                                Stewart C. Altemus
                                                Attorney for Plaintiff

Dated: April 17, 2012.                          BURNHAM BROWN

                                                /s/ Jay W. Brown
                                                Jay W. Brown
                                                Attorneys for Defendant

IT IS SO ORDERED.

Dated: May 16, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE